Jacob R. Goodman 028816
GOODMAN LAW PRACTICE PLC
dba ROCK LAW FIRM
PO Box 28365
Tempe, AZ 85285-8365
Phone: (480) 605-4409
Fax:    (480) 937-2320
Email: jacob@rocklawaz.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

In re:

GARY EDWIN CAPOZZOLI,

          Debtor.

In Proceedings Under Chapter 13
Case No.: 2:23-bk-05816-MCW

**MOTION TO VACATE DISMISSAL**
**ORDER (REINSTATE BANKRUPTCY)**

COMES NOW Debtor, by and through undersigned counsel and moves this Honorable Court for an Order Vacating the Dismissal Order and reinstating the case and stay as to ALL CREDITORS. In support of the Motion, the Debtor states:

1.     This case was commenced by Voluntary Petition filed by the Debtor on August 23, 2023;

2.     The case was dismissed by the Court on September 26, 2023, for failure to file Schedules and Statements.

3.     The Schedules and Statements and Chapter 13 Plan have now been filed and the Debtors desire to have the case reinstated.

If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

**WHEREFORE**, Debtor moves this Honorable Court for the entry of an Order Reinstating the Case and Stay with regards to all creditors.

Dated: October 17, 2023 /s/Jacob Goodman #028816
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, I electronically transmitted the foregoing document to the Clerk of the U.S. District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.
By: /s/ *Kaeli Rupert*
Kaeli Rupert