NATHAN F. SMITH, #029780
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Telephone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

Attorney for Lakeview Loan Servicing, LLC
by Flagstar Bank, N.A. as servicer

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

GARY EDWIN CAPOZZOLI,

Debtor.

Bankruptcy Case No. 2:23-bk-05816-MCW

Chapter 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**TO THE HONORABLE MADELEINE C. WANSLEE, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S COUNSEL:**

Lakeview Loan Servicing, LLC by Flagstar Bank, N.A. as servicer ("Lakeview") is the holder of a secured claim recorded against property in which the Debtor's claim an interest. Lakeview is, therefore, a party-in-interest and has standing to object to confirmation of the Debtor's Chapter 13 Plan ("Plan").

Lakeview is the holder of a claim secured only by a security interest in the real property commonly known as 4226 E Morrow Dr., Phoenix, AZ 85050 ("Property"), which is Debtor's principal residence. The total amount due and owing under the Promissory Note is $578,583.43, the pre-petition arrearage is $2,851.60 and as of September 2023, the ongoing post-petition mortgage payments are approximately $3,843.90.

Section 1322(b) of the United States Bankruptcy Code provides, in relevant part, as follows:

(b) Subject to subsections (a) and (c) of this section, the plan may--

. . .

(2) modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence

. . .

(5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; . . .

Debtor's Plan fails to provide a cure for the pre-petition arrears owed to Lakeview. The total amount of pre-petition arrears due and owing is $2,851.60. Thus, the Plan fails to comply with § 1322(b)(2), § 1322(b)(5) and § 1325.

Additionally, while Debtor seeks to classify Lakeview's lien under section (C) (4) (b) of the Plan for "No Pre-Petition Mortgage Arrears" Lakeview requests to be reclassified to section (C) (4) (c) of the plan for "Curing of Default and Maintenance of Payment" as Debtor is in default due to the existing pre-petition arrears owed on Lakeview's lien, which is secured against Debtor's principal residence.

Based upon the foregoing, Lakeview respectfully requests that the Court deny confirmation of the Plan, or, in the alternative, order that the Plan be amended to provide for full payment of Lakeview's pre-petition arrearage and classification of Lakeview's lien to provide for the curing of the default.

DATED: October 20, 2023

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

 /s/ Nathan F. Smith
 NATHAN F. SMITH, #029780
Attorney for Lakeview Loan Servicing, LLC by Flagstar Bank, N.A. as servicer
Telephone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

# PROOF OF SERVICE

STATE OF CALIFORNIA

ss.

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

On October 20, 2023, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

**DEBTOR**
Gary Edwin Capozzoli
4226 E. Morrow Drive
Phoenix, AZ 85050

**DEBTOR'S ATTORNEY**
Jacob R Goodman
PO Box 28365
Tempe, AZ 85285-8365

**CHAPTER 13 TRUSTEE**
Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

**U.S. TRUSTEE**
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 20, 2023, at Irvine, California.

*/s/ Diep Quach*
Diep Quach